# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adil Laheraitani,<br><br>Plaintiff<br><br>v.<br><br>ABC Legal Services LLC et al,<br><br>Defendant | CV-25-00372-TUC-BGM<br><br>**ORDER TO SHOW CAUSE** |

This action has been assigned to a United States Magistrate Judge pursuant to LRCiv 3.7(b) of the United States District Court for the District of Arizona. Each party is required to execute and e-file within fourteen (14) days of its appearance, either a consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge. Plaintiffs appeared in this action more than fourteen (14) days ago, but has not yet e-filed the required election form.

**IT IS ORDERED** that if Defendant Devorah C Sanger fails to file the appropriate election form by **5:00 PM on Oct 27th, 2025,** the above Defendant shall appear[1] before Chief Judge **Raner C. Collins** of the Tucson Division of this Court at 405 W Congress, 5th Floor, Tucson, Arizona at **10:15 AM** on **Tues. Oct 28th, 2025** and show good cause for the failure to comply with Local Rule LRCiv 3.7(b). The hearing before the Judge will be automatically vacated, and the party need not appear if the party e-files a completed election form by the 5:00 PM deadline set forth above. An additional copy of the election form is included with this Order.

**IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains

---

[1] Incarcerated parties shall appear telephonically and make arrangements for such appearance in advance of hearing.

1

in effect for all purposes pending completion of the election process.  Involvement of Judge Collins in this matter is limited to this show cause hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district judge.

DATED this 9th day of October, 2025

DEBRA D. LUCAS
District Court Executive/Clerk of Court

By: S/ D. Valenzuela
Deputy Clerk